IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS J. DIFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:07-cv-570-WMA-TMP |
| | ) |
| LEE HAMILTON, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 30, 2007, recommending that the plaintiff's federal law claims be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that any state law claims be dismissed pursuant to 28 U.S.C. § 1367(c)(3). The plaintiff filed objections to the report and recommendation on August 22, 2007.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the plaintiff's federal law claims are due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28

U.S.C. § 1915A(b)(1), and any state law claims pled in the complaint are due to be dismissed pursuant to 28 U.S.C. § 1367(c)(3).  A Final Judgment will be entered.

DONE this 11th day of September, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE